Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number  23-CV-03360

**DAVID SHEPPARD**

v.

**DARREN BRYANT, MAYOR OF VILL. OF ROBBINMS, IL. IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, CAPACITY, AND THE VILLAGE OF ROBBINS, AS INDEMNITOR,**

I, JOHN VALLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | SUMMONS, FIRST AMENDED COMPLAINT, LAST CHANCE AGREEMENT, |
| ON THE WITHIN NAMED DEFENDANT | VILLAGE OF ROBBINS |
| PERSON SERVED | NINA THOMPSON, EMPLOYEE AUTHORIZED TO ACCEPT |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | 7/7/2023 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| Sex | FEMALE | Race | BLACK | Age | 40S |
| Height | 5'4" | Build | MEDIUM | Hair | BLONDE |

LOCATION OF SERVICE  3327 W 137TH ST
ROBBINS, ILLINOIS 60472

| | |
|---|---|
| Service GPS | -87.70339 41.64415 |
| Date Of Service | 7/7/2023 |
| Time | 9:08 AM |

JOHN VALLE    7/7/2023
SPECIAL PROCESS SERVER    115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE    7/7/2023

Total: $125.00

*13631A*

Law Firm ID: **DISPARTI LAW GROUP**    Firm #    Case Return Date: 07/29/2023

**Affidavit of SPECIAL PROCESS SERVER**

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number    23-CV-03360

**DAVID SHEPPARD**

v.

**DARREN BRYANT, MAYOR OF VILL. OF ROBBINMS, IL. IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, CAPACITY, AND THE VILLAGE OF ROBBINS, AS INDEMNITOR,**

I, JOHN VALLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | SUMMONS, FIRST AMENDED COMPLAINT, LAST CHANCE AGREEMENT, |
| ON THE WITHIN NAMED DEFENDANT | DARREN BRYANT, MAYOR OF VILLAGE OF ROBBINS |
| PERSON SERVED | NINA THOMPSON , EMPLOYEE AUTHORIZED TO ACCEPT |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | 7/7/2023 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| Sex | FEMALE | Race | BLACK | Age | 40S |
| Height | 5'4" | Build | MEDIUM | Hair | BLONDE |

LOCATION OF SERVICE    3327 W 137TH ST
                       ROBBINS, ILLINOIS 60472

Service GPS       -87.70338 41.64412
Date Of Service   7/7/2023
Time              9:09 AM

JOHN VALLE                                    7/7/2023
**SPECIAL PROCESS SERVER**          115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE                                    7/7/2023

*13631A*

Law Firm ID: **DISPARTI LAW GROUP**    Firm #         Case Return Date: **07/29/2023**