IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| DAVID SHEPPARD,<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE OF ROBBINS, *et al.*<br><br>Defendants | Case No. 23-cv-03360<br><br>Honorable Edmond E. Chang |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

NOW COMES DAVID SHEPPARD ("Plaintiff" or "Sheppard"), by and through his attorneys, Disparti Law Group, P.A., and moves this Honorable Court for leave to file Plaintiff's Motion for Extension of Time to File Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Complaint for the following reasons:

1. Plaintiff filed his Complaint on May 26, 2023. See Dkt. 1.

2. On August 3, 2023, Your Honor entered an order providing that Defendants' Responses to the Complaint or the Partial Dismissal Motions (or both) were set to be due on August 18, 2023. See. Dkt. 16.

3. Defendants then filed a Motion for Extension of Time to File their Answer or Responsive Pleading. See Dkt. 19.

4. Your Honor granted Defendants' Motion for Extension and the deadline for Defendants' Answer or Responsive Pleading was then extended to August 25, 2023; Plaintiff's

Response was extended to September 18, 2023; and Defendants' Reply to October 2, 2023. See Dkt. 22.

5. However, as Plaintiff's lead counsel, Gianna Scatchell Basile, is currently on her honeymoon, Ms. Scatchell Basile requests a three-week extension, up to and including October 9, 2023, to file Plaintiff's Response to Defendants' Motion to Dismiss.

6. The parties have conferred and Defendants have no objection to Plaintiff's motion for extension.

7. This is the Plaintiff's first request for an extension of time.

8. Additionally, Plaintiff agrees that the briefing schedule will be re-set with additional time for the Defendants' Reply, through and including October 23, 2023.

9. No prejudice will occur to Defendants because of this extension.

10. This motion is not made for purposes of undue delay but is made in good faith for the purpose of preparing an adequate response.

**WHEREFORE,** Plaintiff respectfully moves the Court for an Order extending the deadline to file Plaintiff's Response to Defendants' Motion to Dismiss by October 9, 2023.

Respectfully submitted,

/s/ Gianna Scatchell Basile

By: _____
Gianna Scatchell Basile, Esq.
One of Plaintiff's Attorneys

*Gianna Scatchell Basile*
DISPARTI LAW GROUP, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, Illinois 60601
P: (312) 506-5511 ext. 330
F: (312) 846-6363
E: Gianna@dispartilaw.com

## **CERTIFICATE OF SERVICE**

    The undersigned counsel certifies that she served the foregoing document on all counsel of record via this Court's CM/ECF filing system on September 15, 2023, and that all such counsels are registered e-filers.

                                                                  */s/ Gianna Scatchell Basile*
                                                   By:_____