# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Sheppard
                      Plaintiff,

v.                                            Case No.: 1:23−cv−03360
                                                  Honorable Edmond E. Chang

Village Of Robbins, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2023:

    MINUTE entry before the Honorable Edmond E. Chang: On the Plaintiff's unopposed extension motion [23] to respond to the dismissal motion, the motion is granted to 10/09/2023. The defense reply is due on 10/23/2023. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.