## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Sheppard

                Plaintiff,

v.                                          Case No.: 1:23−cv−03360

                                                        Honorable Edmond E. Chang

Village Of Robbins, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 19, 2024:

    MINUTE entry before the Honorable Edmond E. Chang: Counsel for the Defendants emailed the courtroom deputy, R. 44, with the Plaintiff's counsel copied, to report that the Defendants believe that the proposed amendment would be futile as a matter of law but otherwise do not oppose just the filing of the amended complaint. The Plaintiff's motion to file amended complaint [38] is granted. The Plaintiff shall file the amended complaint on the docket as a separate entry. The motion to dismiss the amended complaint is due on 02/05/2024. The Plaintiff's reply is due on 02/15/2024. The tracking status hearing of 01/26/2024 for Judge Chang is reset to 02/09/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Motion hearing set for 01/23/2024 is terminated as moot. Defendants' motion to dismiss [21] is also terminated as moot. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.