# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Sheppard
        Plaintiff,

v.                 Case No.: 1:23−cv−03360
                Honorable Edmond E. Chang

Village Of Robbins, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

   MINUTE entry before the Honorable Edmond E. Chang: Counsel for the Defendants emailed the courtroom deputy, with the Plaintiff's counsel copied, to report that the Plaintiff reported no objection to the defense extension motion, R. 55. Based on counsel's representations, the extension motion to file reply [55] is granted to 03/01/2024. The tracking status hearing of 03/01/2024 for Judge Chang is reset to 04/19/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.