# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID SHEPPARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-cv-03360 ) |
| DARREN BRYANT, Mayor of Vill. of Robbins, Illinois, in his individual and official capacities, capacity, and the VILLAGE OF ROBBINS, as indemnitor, | ) Hon. Judge Edmond E. Chang ) ) Magistrate Judge Jeannice Appenteng ) ) |
| Defendants. | ) |

## JOINT STATUS REPORT PER DKT. 53

NOW COME, DAVID SHEPPARD (Plaintiff), by and through his undersigned counsel, Cass Thomas Casper, Esq., DISPARTI LAW GROUP, P.A., and DARREN BRYANT and the VILLAGE OF ROBBINS (Defendants), by and through their undersigned counsel, Cynthia Grandfield, Esq., DEL GALDO LAW GROUP, LLC, and state as follows for their Joint Status Report per Dkt. 53:

1. The parties report that a ruling on the Motion to Dismiss Plaintiff's First Amended Complaint remains pending as of May 30, 2024. *See* Dkt. 59.

Respectfully submitted,                                   Respectfully submitted,

**DAVID SHEPPARD**                                        **DARREN BRYANT**
                                                          **VILLAGE OF ROBBINS**

        */s/ Cass T. Casper*
By:_____                                By:     */s/ Cynthia S. Grandfield*
        Plaintiff's Attorney                                      One of Defendants' Attorneys

*Cass T. Casper, Esq.*                                    *Cynthia Grandfield, Esq.*
DISPARTI LAW GROUP, PA.                                   DEL GALDO LAW GROUP, LLC
121 W. Wacker Drive, Suite 2300                           111 N. Wabash, Suite 908
Chicago, Illinois 60601                                   Chicago, Illinois 60602
P: (312) 506-5511 ext. 331                                P: (312) 222-7000
F: (312) 846-6363                                         E: grandfield@dlglawgroup.com

E: cass.casper@dispartilaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served the foregoing document on all counsel of record via this Court's CM/ECF filing system on June 4, 2024.

By: /s/ Cass T. Casper