## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Sheppard
                        Plaintiff,

v.                                                  Case No.: 1:23−cv−03360
                                                         Honorable Edmond E. Chang

Village Of Robbins, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 5, 2024:

      MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed the parties' 6/4/2024 joint status report [60], which indicates that defendant's motion to dismiss remains pending. Tracking status hearing set for 9/9/2024 at 9:00 a.m., for tracking purposes only (no appearance is required; the case will not be called). If defendant's motion is resolved before then, the parties shall promptly file a joint status report informing this Court of that fact. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.