## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Sheppard

                  Plaintiff,

v.                                         Case No.: 1:23–cv–03360
                                         Honorable Edmond E. Chang

Village Of Robbins, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 23, 2024:

      MINUTE entry before the Honorable Jeannice W. Appenteng: Given the District Judge's resolution of the motion to dismiss and termination of the case [66], all matters related to the referral are concluded; referral terminated. The 9/9/2024 tracking status hearing [61] is stricken. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.